Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 18 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

Tracey Lampley

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Ohio Bureau of Workers' Compensation
Ohio Highway Patrol
Ohio Public Employees Retirement System

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

State of Ohio

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  1:24-cv-4878-MLB

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

Amended

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Tracey Lampley
Street Address      5181 Glade Phd Drive
City and County     Lilburn, GA  Gwinnett
State and Zip Code   Georgia,  30047
Telephone Number    404  484 - 7895
E-mail Address      tracey.lampley@snhu.edu
                    tracey-lampley2012@gmail.com

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — OHio Bureau of Workers' Compensation

Job or Title *(if known)* — Spring Street

Street Address — Spring Street

City and County — Columbus    Franklin

State and Zip Code — OHio    43255

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — OHio Highway Patrol

Job or Title *(if known)*

Street Address — Spring street

City and County — Columbus    Franklin

State and Zip Code — OHio    43255

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name — OPERS

Job or Title *(if known)*

Street Address — Town Street

City and County — Columbus    Franklin

State and Zip Code — OHio

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
          The plaintiff, *(name)* _Tracey Lampley_ , is a citizen of the
          State of *(name)* _Georgia_

    b.    If the plaintiff is a corporation
          The plaintiff, *(name)* _____ , is incorporated
          under the laws of the State of *(name)* _____ ,
          and has its principal place of business in the State of *(name)*
          _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
          The defendant, *(name)* _Ohio BWC et Al_ , is a citizen of
          the State of *(name)* _OHIO_ . Or is a citizen of
          *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

12 million Dollars

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please See attached document

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attached document

The Ohio Civil Rights Commission violates Ohio Revised Code Section 4112.051 by conducting a fact-finding investigation regarding the Plaintiff, Tracey Lampley, decades after the termination of her employment. Specifically, the OCRC exceeded its authority and violated the statute of limitations for employment discrimination claims outlined in Ohio law, which is two years. The agency also violates Title VII of the Civil Rights Act of 1964 when it failed to properly investigate the agencies harassing and retaliating against the Plaintiff, Tracey Lampley. Title VII also included a hostile work environment. Instead, the agency's perpetual investigation of the Plaintiff instituted perpetual prejudice against Plaintiff with relatives, friends, neighbors, schools, potential employers, literary agents, book publishers, and boyfriends. The ongoing fact-finding investigation prevents Plaintiff from securing an attorney. For instance, Cincinnati Attorney, David Eberly would not take the case because of the ongoing fact-finding investigation.

The Ohio Highway Patrol violates Ohio Revised Code Section 4112.05 by conducting a fact-finding investigation regarding Plaintiff, Tracey Lampley, decades after termination of her employment. Investigators in the Ohio Highway Patrol are not permitted to investigate an employee. Specifically, the Ohio Highway Patrol exceeds its authority, abuses its power, and prejudices boyfriends against the Plaintiff, Tracey Lampley, when the agency investigated the former employee for alleged prostitution well after employee moved out of the state of Ohio. The agency use of an illegal investigation to secure security codes to enter Plaintiff's home, access email, access school data.

The Ohio Public Employees Retirement System breached the contract of providing a yearly Cost of Living Adjustment of 3% for any disability retiree who filed for benefits prior to January 7, 2013. The Plaintiff received her first benefit April 1, 1998. Currently, OPERS should pay the Plaintiff $42,991.05 in income. Instead, OPERS pays the Plaintiff $33,049.92 in income. While Plaintiff understands that ERISA does not govern OPERS, Plaintiff needs the Court to see the pattern and practice of the state of Ohio's harassment and retaliation through its agencies.

The state of Ohio systemically victimized the Plaintiff for filing Title VII violation against it in 1997 when she filed an EEOC complaint and sued them in a court of law. The state of Ohio continues victimizing the Plaintiff to this day, and she felt she had no other recourse but to file suit pro se because the state of Ohio intimidated every attorney or law clinic the Plaintiff contacted.

## Remedy Sought

- Cease all investigations into Plaintiff's private and professional life, including all interactions with Plaintiff's family, friends, neighbors, potential literary agent/publisher, professors.

- Injunctive relief from Ohio Highway Patrol and any other agency or agent working on behalf of the state of Ohio from committing surveillance on Plaintiff.

- Injunctive relief from the state of Ohio and its agents and agencies from eavesdropping on Plaintiff's phone calls, intercepting emails, and hacking her personal cloud.

- OPERS pay corrected plus back pay plus 25% interest.

- 12 million dollars

- Through a reputable public relations firm of the Plaintiff's own choosing, the state of Ohio should rehabilitate Plaintiff's image that they worked so hard to needlessly destroy.

If the court holds the state of Ohio to this relief, I believe this remedy will allow me to move on with my life. I've suffered enormously. This ordeal has taken a physical, emotional and psychological toll on me. Although I've never smoked a day in my life, I am now battling lung cancer. I pray that the Court grant me the peace that the state of Ohio robbed me for decades.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     18 August 2025

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____