**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TRACEY L. LAMPLEY,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF OHIO, et al,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-4878-MLB |

## JUDGMENT

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 22nd day of January, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Parker Thompson
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 22, 2026
Kevin P. Weimer
Clerk of Court

By: s/Parker Thompson
Deputy Clerk